## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| RUSHING, CATHRYN ELIZABETH | § | Case No. 11-24627 |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that THOMAS E. SPRINGER, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
> CLERK OF THE U.S. BANKRUPTCY COURT
> 219 S. DEARBORN STREET
> CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 03/07/2013 in Courtroom 240,
> United States Courthouse
> Old Kane County Courthouse
> 100 S. Third Street, Geneva, IL  60134

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: _____

*THOMAS E. SPRINGER, TRUSTEE*
*400 S. County Farm Road*
*Suite 330*
*Wheaton, IL 60187*

UST Form 101-7-NFR (5/1/2011) (Page: 1)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| RUSHING, CATHRYN ELIZABETH | § | Case No. 11-24627 |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 34,000.00 |
| and approved disbursements of | $ | 29,206.71 |
| leaving a balance on hand of[1] | $ | 4,793.29 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: THOMAS E. SPRINGER, TRUSTEE | $ 2,650.00 | $ 0.00 | $ 2,650.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 2,650.00 |
| Remaining Balance | $ 2,143.29 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 10,886.41 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 19.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Quantum3 Group LLC as agent for | $ 569.71 | $ 0.00 | $ 112.16 |
| 2 | US DEPT OF Education | $ 10,316.70 | $ 0.00 | $ 2,031.13 |
| | Total to be paid to timely general unsecured creditors | | $ | 2,143.29 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Thomas E. Springer
Trustee

*THOMAS E. SPRINGER, TRUSTEE*
*400 S. County Farm Road*
*Suite 330*
*Wheaton, IL 60187*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| RUSHING, CATHRYN ELIZABETH | ) | CASE NO. 11-24627-CAD |
| | ) | |
| Debtor. | ) | Hon. Carol A. Doyle |

## ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows;

| | | |
|---|---|---|
| 1. | Trustee's compensation | $2,650.00 |
| 2. | Trustee's expenses | $0.00 |
| | **TOTAL** | **$2,650.00** |

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _____ day of _____

ENTERED: _____
Honorable Carol A. Doyle
United States Bankruptcy Judge

United States Bankruptcy Court
Northern District of Illinois

In re:  Case No. 11-24627-CAD
Cathryn Elizabeth Rushing  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1         User: dramey              Page 1 of 2              Date Rcvd: Feb 04, 2013
                             Form ID: pdf006           Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 06, 2013.
```
db         +Cathryn Elizabeth Rushing,    410 S. 13th Avenue,    Saint Charles, IL 60174-3123
17397492   +Blatt, Hasenmiller, Leibsker,    & Moore,    125 S. Wacker Dr. Suite 400,    Chicago, IL 60606-4440
17397489  ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court:  Capital One,    Attn: Bankruptcy Dept.,    Po Box 85520,
               Richmond, VA 23285)
17397494   +Chase,   Bankruptcy Department,    201 Walnut St #De1-10,    Wilmington, DE 19801-2920
17397499   +Delnor Community Hospital,    Bankruptcy Department,    300 Randall Rd.,    Geneva, IL 60134-4200
17397486   +Equifax,   Attn: Bankruptcy Dept.,    PO Box 740241,    Atlanta, GA 30374-0241
17397487   +Experian,   Attn: Bankruptcy Dept.,    PO Box 2002,    Allen, TX 75013-2002
17397484   +Ffcc-Columbus INC,   Attn: Bankruptcy Dept.,    1550 Old Henderson Rd St,
             Columbus, OH 43220-3626
17397502   +Hamilton House Dentistry,    Attn: Bankruptcy Dept.,    309 Hamilton St,    Ste C,
             Geneva, IL 60134-2182
17397495   +Nationwide Cash,   Bankruptcy Department,    884 Town Center Dr.,    Langhorne, PA 19047-1748
17397496   +PDLNow.com,   Attn: Bankruptcy Dept.,    7009 24th Ave North West,    Seattle, WA 98117-5845
17397501   +Payday Loan Store,    Bankruptcy Department,    7300 Barrington Rd,    Hanover Park, IL 60133-3301
17397483   +R & B Receivables MANA,    Attn: Bankruptcy Dept.,    860 S Northpoint Blvd,
             Waukegan, IL 60085-8201
17397491   +Sears/CBSD,   Attn: Bankruptcy Dept.,    Po Box 6189,    Sioux Falls, SD 57117-6189
17397500   +State Collection Service,    Bankruptcy Department,    PO Box 53,    Geneva, IL 60134-0053
17397498   +Stith Oral and Maxill,    Attn: Bankruptcy Dept.,    1131 Randall Court,    Ste C,
             Geneva, IL 60134-3911
17397488   +Transunion,   Attn: Bankruptcy Dept.,    PO Box 1000,    Chester, PA 19016-1000
17397493   +US DEPT OF Education,    Attn: Bankruptcy Dept.,    Po Box 5609,    Greenville, TX 75403-5609
17397490   +Wfnnb/LANE BRYANT,    Attn: Bankruptcy Dept.,    4590 E Broad St,    Columbus, OH 43213-1301
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18531299    E-mail/Text: bnc-quantum@quantum3group.com Feb 05 2013 03:14:54
             Quantum3 Group LLC as agent for,    World Financial Network National Bank,    PO Box 788,
             Kirkland, WA  98083-0788
17397485   +E-mail/Text: bankruptcydpt@mcmcg.com Feb 05 2013 02:40:13      Verizon Wireless,
             C/O Midland Credit MGMT,    8875 Aero Dr,    San Diego, CA 92123-2251
                                                                                              TOTAL: 2
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
17397497   ##+Fast Cash Loans,   34507 Pacific Highway,    Ste 3,    Federal Way, WA 98003-6879
                                                                                 TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.




**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 06, 2013**            **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0752-1          User: dramey              Page 2 of 2              Date Rcvd: Feb 04, 2013
                              Form ID: pdf006           Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 1, 2013 at the address(es) listed below:

        Jason A. Kara    on behalf of Debtor Cathryn Elizabeth Rushing ndil@geracilaw.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        Thomas E Springer    on behalf of Spec. Counsel Mark W Mathys tspringer@springerbrown.com, tspringer@ecf.epiqsystems.com;jkrafcisin@springerbrown.com
        Thomas E Springer    on behalf of Trustee Thomas E Springer tspringer@springerbrown.com, jkrafcisin@springerbrown.com
        Thomas E Springer    tspringer@springerbrown.com, tspringer@ecf.epiqsystems.com;jkrafcisin@springerbrown.com

        TOTAL: 5