UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                      §
                                            §
RUSHING, CATHRYN ELIZABETH                  §     Case No. 11-24627
                                            §
         Debtor(s)                          §
                                            §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    THOMAS E. SPRINGER, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $            (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter   on              . The case was pending for     months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____        By:/s/THOMAS E. SPRINGER, TRUSTEE_____
                                                                    Trustee

    **STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Cathryn Rushing |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS E. SPRINGER, TRUSTEE | | | | | |
| MARK W. MATHYS | | | | | |
| MARK W. MATHYS | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 1 Capital One Attn: Bankruptcy Dept. Po Box 85520 Richmond VA 23285 | | | | | |
| | 10 PDLNow.com Attn: Bankruptcy Dept. 7009 24th Ave North West Seattle WA 98117 | | | | | |
| | 11 R & B Receivables MANA Attn: Bankruptcy Dept. 860 S Northpoint Blvd Waukegan IL 60085 | | | | | |
| | 12 Sears/CBSD Attn: Bankruptcy Dept. Po Box 6189 Sioux Falls SD 57117 | | | | | |
| | 13 State Collection Service Bankruptcy Department PO Box 53 Geneva IL 60134 | | | | | |
| | 14 Stith Oral and Maxill Attn: Bankruptcy Dept. 1131 Randall Court Geneva IL 60134 | | | | | |
| | 15 Transunion Attn: Bankruptcy Dept. PO Box 1000 Chester PA 19022 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 16 US DEPT OF Education Attn: Bankruptcy Dept. Po Box 5609 Greenville TX 75403 | | | | | |
| | 17 Verizon Wireless C/O Midland Credit MGMT 8875 Aero Dr San Diego CA 92123 | | | | | |
| | 18 Wfnnb/LANE BRYANT Attn: Bankruptcy Dept. 4590 E Broad St Columbus OH 43213 | | | | | |
| | 2 Chase Bankruptcy Department 201 Walnut St #De1-10 Wilmington DE 19801 | | | | | |
| | 3 Delnor Community Hospital Bankruptcy Department 300 Randall Rd. Geneva IL 60134 | | | | | |
| | 34507 Pacific Highway Ste 3 Federal Way WA 98003 | | | | | |
| | 4 Equifax Attn: Bankruptcy Dept. PO Box 740241 Atlanta GA 30374 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 5 Experian Attn: Bankruptcy Dept. PO Box 2002 Allen TX 75013 | | | | | |
| | 6 Ffcc-Columbus INC Attn: Bankruptcy Dept. 1550 Old Henderson Rd St Columbus OH 43220 | | | | | |
| | 7 Hamilton House Dentistry Attn: Bankruptcy Dept. 309 Hamilton St Geneva IL 60134 | | | | | |
| | 8 Nationwide Cash Bankruptcy Department 884 Town Center Dr. Langhorne PA 19047 | | | | | |
| | 9 Payday Loan Store Bankruptcy Department 7300 Barrington Rd Hanover Park IL 60133 | | | | | |
| | Blatt, Hasenmiller, Leibsker & Moore 125 S. Wacker Dr. Suite 400 Chicago IL 60606 | | | | | |
| | Fast Cash Loans | | | | | |
| 1 | Quantum3 Group Llc As Agent For | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Us Dept Of Education | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 11-24627 | CAD | Judge: Carol A. Doyle | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
| --- | --- | --- | --- | --- | --- |
| Case Name: | RUSHING, CATHRYN ELIZABETH | | | Date Filed (f) or Converted (c): | 06/10/11 (f) |
| | | | | 341(a) Meeting Date: | 08/01/11 |
| For Period Ending: | 07/09/13 | | | Claims Bar Date: | 04/06/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. checking account with -Old Second National Bank | 900.00 | 0.00 | OA | 0.00 | FA |
| 2. Household Goods; tv, vcr, stereo, couch, utensils, | 2,000.00 | 0.00 | OA | 0.00 | FA |
| 3. Books, Compact Discs, Tapes/Records, Family Pictur | 50.00 | 0.00 | OA | 0.00 | FA |
| 4. Necessary wearing apparel. | 150.00 | 0.00 | OA | 0.00 | FA |
| 5. Earrings, watch, costume jewelry | 150.00 | 0.00 | OA | 0.00 | FA |
| 6. Term Life Insurance - No Cash Surrender Value. | 0.00 | 0.00 | OA | 0.00 | FA |
| 7. Pension w/ Employer/Former Employer - 100% Exempt. | Unknown | 0.00 | OA | 0.00 | FA |
| 8. Potential lawsuit stemming from dog bite. Retained Mathys & Schneid, 877.662.5011. | Unknown | Unknown | | 34,000.00 | Unknown |

| | | | | | Gross Value of Remaining Assets |
| --- | --- | --- | --- | --- | --- |
| TOTALS (Excluding Unknown Values) | $3,250.00 | $0.00 | | $34,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee retained Special Counsel 9/1/11 to pursue personal injury (dog bite) case pending in Kane County. Personal

injury case still in discovery with next status 1/25/12.

Initial Projected Date of Final Report (TFR): 06/15/13    Current Projected Date of Final Report (TFR): 06/15/13

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

Ver: 17.02d

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-24627 -CAD | | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|---|
| Case Name: | RUSHING, CATHRYN ELIZABETH | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******9494  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4345 | | | |
| For Period Ending: | 07/09/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/30/12 | 8 | Illinois Farmers Insurance Company<br>2500 South Fifth Avenue<br>Pocatello, ID 83204 | Settlement of personal injury pursuant to Order entered 11/1/12. | 1242-000 | 34,000.00 | | 34,000.00 |
| 12/07/12 | 001000 | Cathryn Rushing<br>1133 Fern Avenue<br>St. Charles, IL 60174 | PI exemption | 8100-002 | | 15,000.00 | 19,000.00 |
| 12/07/12 | 001001 | Mark W. Mathys<br>Law Offices of Mathys & Schneid<br>1730 Park Street<br>Suite 224<br>Naperville, IL 60563 | Special Counsel fees and expenses | | | 14,206.71 | 4,793.29 |
| | | | Fees         13,600.00 | 3210-600 | | | |
| | | | Expenses       606.71 | 3220-610 | | | |
| 03/22/13 | 001002 | THOMAS E. SPRINGER, TRUSTEE<br>400 S. County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | Chapter 7 Compensation/Expense | 2100-000 | | 2,650.00 | 2,143.29 |
| 03/22/13 | 001003 | Quantum3 Group LLC as agent for<br>World Financial Network National Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Claim 1, Payment 19.68721% | 7100-000 | | 112.16 | 2,031.13 |
| 03/22/13 | 001004 | US DEPT OF Education<br>Attn: Bankruptcy Dept.<br>Po Box 5609<br>Greenville, TX 75403 | Claim 2, Payment 19.68779% | 7100-000 | | 2,031.13 | 0.00 |

Page Subtotals       34,000.00        34,000.00

Ver: 17.02d

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 10)

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |   | | |
|---|---|---|---|---|
| Case No: | 11-24627 -CAD | | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
| Case Name: | RUSHING, CATHRYN ELIZABETH | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******9494  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4345 | | | |
| For Period Ending: | 07/09/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 34,000.00 | 34,000.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 34,000.00 | 34,000.00 | |
| Less:  Payments to Debtors | | 15,000.00 | |
| Net | 34,000.00 | 19,000.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - *******9494 | 34,000.00 | 19,000.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 34,000.00 | 19,000.00 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        0.00

Ver: 17.02d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*